FRANCES P. ANDERSON, Respondent, *v.* ÆTNA LIFE
INSURANCE COMPANY, Appellant.

(Submitted January 14, 1935; decided January 22, 1935.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 376.)

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the SOUTHERN SURETY COMPANY OF NEW YORK, et al., Respondents, *v.* REX NOVELTY WORKS, INC., Appellant.

(Submitted January 14, 1935; decided January 22, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 441.)